```
          FILED          RECEIVED
          ENTERED        SERVED ON
              COUNSEL/PARTIES OF RECORD

              FEB 2 4 2011

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
       BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-cr-243-ECR-PAL |
| Plaintiff, | |
| vs. | ORDER |
| BRAWNDELL WALTON, | |
| Defendant. | |

The setting for the jury trial in this case is advanced so that the trial will commence at 10:00 a.m. on Monday, March 7, 2011.

Calendar call is set for Tuesday, March 1, 2011, at 1:00 p.m.

The Court will advise counsel as to the courtroom assigned for hearing of these matters.

We call to counsel's attention that the previous order of the Court filed August 3, 2010, (#8), which sets various deadlines for the proceedings in this case.

Dated: This 24th day of February 2011.



_____
EDWARD C. REED, JR
UNITED STATES DISTRICT JUDGE