

FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 1 1 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | 2:10-CR-243-ECR (PAL) |
| BRAWNDELL LEE WALTON, | ) ) | |
| Defendant. | ) ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on March 4, 2011, defendant BRAWNDELL LEE WALTON pled guilty to Counts One and Two of a Two-Count Criminal Indictment charging him in Count One with Felon in Possession of a Firearm in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2); and in Count Two with Possession of a Stolen Firearm in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant BRAWNDELL LEE WALTON pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

        a.     a Titan FIP .25 caliber semi-automatic handgun, serial number A68627; and

        b.     any and all ammunition.

. . .

1   This Court finds the United States of America is now entitled to, and should, reduce the

2   aforementioned property to the possession of the United States of America.

3   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

4   United States of America should seize the aforementioned property.

5   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

6   BRAWNDELL LEE WALTON in the aforementioned property is forfeited and is vested in the United

7   States of America and shall be safely held by the United States of America until further order of the

8   Court.

9   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

10   shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

11   website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

12   the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

13   the name and contact information for the government attorney to be served with the petition, pursuant

14   to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

15   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

16   with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

17   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

18   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

19   following address at the time of filing:

20   Michael A. Humphreys
     Assistant United States Attorney
21   Daniel D. Hollingsworth
     Assistant United States Attorney
22   Lloyd D. George United States Courthouse
     333 Las Vegas Boulevard South, Suite 5000
23   Las Vegas, Nevada 89101.

24   . . .

25   . . .

26   . . .

2

1      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

2  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

3  following publication of notice of seizure and intent to administratively forfeit the above-described

4  property.

5      DATED this ___11___ day of ___March___, 2011.

6

7

8                                    Edward C. Reed

9                          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26