

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 1 0 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-243-ECR (PAL) |
| BRAWNDELL LEE WALTON, | ) |
| Defendant. | ) |

### AMENDED FINAL ORDER OF FORFEITURE

On March 11, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant BRAWNDELL LEE WALTON to criminal offenses, forfeiting specific property as alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant BRAWNDELL LEE WALTON pled guilty. Docket #1, #31.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on March 14, 2011, March 21, 2011, and March 28, 2011, in the Las Vegas Review-Journal/Sun, notifying all known third parties of their right to petition the Court.

On June 28, 2011, ANDREW RASMUSSEN was personally served with the Preliminary Order of Forfeiture and the Notice. #36.

. . .

1     On July 8, 2011, the Final Order of Forfeiture was signed by Judge Edward C. Reed, Jr. and entered with the Court. #38

    On July 28, 2011, the Petition, Stipulation for Return of Property and Order was filed with the Court. #40. On July 29, 2011, the Court entered the Order granting the Petition, Stipulation for Return of Property. #41.

    This Court finds no other petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    (a)     a Titan FIP .25 caliber semi-automatic handgun, serial number A68627; and

    (b)     any and all ammunition.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

    The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __10__ day of __August__, 2011.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE